### 5496. CITY OF ATLANTA *v.* JONES.

WADE, J. Viewed in connection with the entire charge, the errors assigned upon the instructions given by the court are without merit; and in the absence of an appropriate request for more specific instructions, the instructions actually given sufficiently presented the law applicable to the contentions of both parties. The evidence authorized the verdict, and there was no error in refusing a new trial.

　　　　　　　　*Judgment affirmed. Roan, J., absent.*
　　　　　　DECIDED SEPTEMBER 1, 1914.

Action for damages; from city court of Atlanta—Judge Reid. November 22, 1913.

*J. L. Mayson, W. D. Ellis Jr.,* for plaintiff in error.
*Eb. T. Williams,* contra.